IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:20-CR-102 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSHAUN RICHEY | ) | |

**ORDER**

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    May 27, 2021 through and including June 2, 2021, for the purpose of out-of-district personal travel.

    b)    June 24, 2021 through and including June 25, 2021, for the purpose of out-of-district personal travel.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 11th day of May 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA