# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA
**v.**
Tyshaun Richey

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 4:20CR00102-1

USM Number: 13987-509

Katie A. Brewington
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of ____________________ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | March 13, 2026 |

***See page 2 for Additional Violations.***

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s),__________________ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 0826

September 3, 2026
Date of Imposition of Judgment

Defendant's Year of Birth: 1996

Signature of Judge

City and State of Defendant's Residence:

Savannah, Georgia

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

September 10, 2026
Date

DEFENDANT: Tyshaun Richey
CASE NUMBER: 4:20CR00102-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | March 16, 2026 |
| 3 | You failed to refrain from the unlawful use of a controlled substance (mandatory condition). | April 2, 2026 |
| 4 | You failed to refrain from the unlawful use of a controlled substance (mandatory condition). | June 3, 2026 |
| 5 | You committed another federal, state, or local crime (mandatory condition). | June 12, 2026 |
| 6 | You failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | June 15, 2026 |

DEFENDANT: Tyshaun Richey
CASE NUMBER: 4:20CR00102-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 12 months.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on __________________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __________________________ to ____________________________

at ________________________ , with a certified copy of this judgment.

____________________________
UNITED STATES MARSHAL

By ____________________________
DEPUTY UNITED STATES MARSHAL